A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

46 So.2d 867

**Leonard M. SULLIVAN v. STATE.**

**6 Div. 16.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Blount County; J. S. Stone, Judge.

Selling mortgaged property.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

51 So.2d 918

**Alvin SWAIN v. STATE.**
**7 Div. 90.**

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.
Affirmed.

51 So.2d 919

**Loyal Talmadge SWINDLE v. STATE.**
**6 Div. 23.**

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

PER CURIAM.
Affirmed.

44 So.2d 923

**Archie TANNER, alias Nichols v. STATE.**
**3 Div. 920.**

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Escambia County; F. W. Hare, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

47 So.2d 926

**Carl David TARWATER v. STATE.**
**7 Div. 64.**

Court of Appeals of Alabama.
June 6, 1950.

Appeal from Circuit Court, Talladega County; Leslie 'C. Longshore, Judge.
Driving while intoxicated.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 924

**Ganum TAYLOR v. STATE.**
**8 Div. 870.**

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.